[No. 63319-8-I.  Division One.  March 15, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TAN VAN VO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-07795-7, Julie A. Spector, J., entered March 16, 2009. *Affirmed* by unpublished opinion per Leach, J., concurred in by Schindler, C.J., and Ellington, J.

[No. 63562-0-I.  Division One.  March 15, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT L. WEBSTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-06877-3, Jeffrey M. Ramsdell, J., entered May 8, 2009. *Reversed* and *remanded* by unpublished opinion per Dwyer, A.C.J., concurred in by Grosse and Lau, JJ.

[No. 63644-8-I.  Division One.  March 15, 2010.]

MICHAEL A. GRASSMUECK, INC., *as Trustee, Appellant*, v. TIMOTHY C. MCSHANE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-19294-1, Steven C. Gonzalez, J., entered March 28, 2008. *Affirmed in part* and *reversed in part* by unpublished opinion per Schindler, C.J., concurred in by Ellington and Leach, JJ.

[No. 64001-1-I.  Division One.  March 15, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIAN RENE TELLEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-07849-0, Michael J. Fox, J., entered February 27, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Cox, JJ.